IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-00038-01-CR-W-GAF |
| DAVID B. NOLAND, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On June 4, 2008, defendant moved for a judicial determination of mental competency. Defendant was examined by Karen Milliner, Psy.D., a forensic psychologist. It is the opinion of Dr. Milliner that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on December 4, 2008, defendant and the government stipulated to the report of Dr. Milliner.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between June 4, 2008, and the date of this order is excluded in

computing the time within which the trial of this criminal action must commence.

                                                  s/ Gary A. Fenner
                                                 Gary A. Fenner, Judge
                                                 United States District Court

DATED:  December 17, 2008

2

Case 4:08-cr-00038-GAF   Document 44   Filed 12/17/08   Page 2 of 2